# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF OHIO,
## WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:19-cr-0294-02 |
| Plaintiff, | Judge James G. Carr |
| v. | **ORDER** |
| Santino Montoya, | |
| Defendant. | |

Pending is the Defendant's Motion to Reduce Sentence under Amendment 821 to the Sentencing Guidelines. (Doc. 1098) The Government opposes the Motion. (Doc. 1106).

For the reasons that follow, I deny the Defendant's Motion.

## Background

On October 6, 2020, Defendant entered a plea of Guilty to Conspiracy and Distribution. (Doc. 492 SEALED). Defendant's Offense Level was calculated to be a 35, and with zero criminal history points, his Criminal History Category a I. (Doc. 572 SEALED, pgID 3883-4). With adjustments to the Defendant's Total Offense Level, the resulting Guideline Range was 108-135 months. (Doc. 945).

On March 18, 2022, I sentenced Defendant to 135 months on each count to run concurrently. (Doc. 940).

## Discussion

In Part B, Subpart 1 to Amendment 821 to the Sentencing Guidelines, the Sentencing

Commission added what now appears in § 4A1.1(c), providing a 2-offense-level reduction for certain offenders who present zero criminal history points. However, to be eligible, an offender must meet all eligibility criteria.

While Defendant is undisputedly a zero-point offender, he is disqualified from reduction. The Defendant received a four-level increase to his offense level for being an "organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive." (Doc. 572, SEALED, pgID 3883). In order for Amendment 821 to apply to zero-point offenders, the conduct at issue cannot fall within one of the ten disqualifying events. See, U.S.S.G. §§ 3B1.1(a); 4C1.1.(a).

One disqualifying factor is receiving an adjudgment for having an aggravating role and engaging in a continuing criminal enterprise. U.S.S.G. § 4C1.1(a)(10). Here, Defendant played a leadership role in a drug conspiracy that transpired for nearly a decade and resulted in an 82-count indictment against 31 defendants. (Doc. 572 SEALED, pgID 3863). Such conduct precludes reduction.

## Conclusion

While Defendant is undisputedly a zero-point offender, he received four enhancement points as an organizer/leader of an extensive drug conspiracy. (Doc. 572, SEALED, pgID 3883). See, U.S.S.G. §§ 3B1.1(a); 4C1.1.(10). This disqualifies him from eligibility.

For the foregoing reasons, it is hereby

ORDERED THAT:  The Defendant's Motion to Reduce Sentence (Doc. 1098) be, and the same hereby is, **DENIED.**

So ordered.
Date: 11/19/2024

/s/ James G. Carr
Sr. U.S. District Court Judge